No. 65055.—Coro, Inc. *v*. United States, protests 60/6380, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of opaque glass stones the same in all material respects as

those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.